**20-MJ-4040-REID**

2020 CRWSLD 4689

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### CRIMINAL DIVISION

**COMPLAINT**

Case: 1:21-mj-00121
Assigned To : Faruqui, Zia M.
Assign. Date : 01/19/2021
Description: Rule 5 Arrest Warrant

FILED BY _____ YR _____ D.C.

Nov 18, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**District of Columbia ss:**

| | | | | | |
|---|---|---|---|---|---|
| **Defendant's Name:** | Richard Pulley | | | 515002 | 20141156 |
| | (First) | (MI) | (Last) | (PDID) | (CCNO) |
| **Also Known As:** | | | | | |
| | (First) | (Middle) | (Last) | | |
| **Address:** | | | | | |

On or about August 10, 2020, within the District of Columbia, RICHARD PULLEY did abduct, take, or carry away a child from a person with whom RICHARD PULLEY has joint custody pursuant to an order of D.C. Superior Court, with the intent to prevent a lawful custodian from exercising rights to custody of the child, and RICHARD PIULLEY took the child to a place outside the District of Columbia or detained or concealed the child outside the District of Columbia. **(Parental Kidnapping, in violation of 16 D.C. Code, Section 1022(b)(2), 1024(b)(2) (2001 ed.))**

**Co-Defendants:**

_____
Affiant's Name

Subscribed and sworn to before me this _____ day of _____ October, 2020

_____
(Judge)   (Deputy Clerk)

## WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*
    WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for            *Richard Pulley*
**YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.**

**Issued** October 20, 2020 _____
Judge - Superior Court of the District of Columbia

**Title 16:** ☐        **Rule 105:** ☐ **Judge:** _____

| | | | |
|---|---|---|---|
| **Sex:** Male | **DOB:** 04/02/1984 | **CCN:** 20141156 | **PDID:** 515002 |
| **Papering Officer:** Royster, Casey | | | **Badge No.:** D2 1489 |

**OFFICER MUST EXECUTE RETURN**

| **Officer's Name:** | **Date / Time:** October 18, 2020 |
|---|---|
| **AUSA Signature:** | Fel. I ☐   AFTC ☐   Fel. II ☐ |

2020 CRWSLD 4689

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

| USW NO.: | |
|---|---|

| DEFENDANT'S NAME: Pulley, Richard | NICKNAME: | ALIASES: | CCN: 20-141156 | PDID: 515002 |
|---|---|---|---|---|

| SEX: M | RACE: B | DOB: | HGT: | WGT: | EYES: | HAIR: | COMP | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|

| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: |
|---|---|

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|

| LOCATION OF OFFENSE: 101 Franklin Street Northeast, Washington D.C 20019 | DATE OF OFFENSE: August 10, 2020 | TIME OF OFFENSE: 0700 |
|---|---|---|

| | | | |
|---|---|---|---|
| 00 = Armed and Dangerous | 25 = Escape Risk | 65 = Epilepsy | 01 = Other (Explain) |
| 05 = Violent Tendencies | 30 = Sexually Violent Predator | 70 = Suicidal | 90 = Diabetic |
| 10 = Martial Arts Expert | 50 = Heart Condition | 80 = Medication Required | 60 = Allergies |
| 15 = Explosive Expertise | 55 = Alcoholic | 85 = Hemophiliac | 20 = Known to abuse drugs |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**
**Police report: A Family Court Order is in place, recognizing the complainant as having sole custody of her daughter. On August 10, 2020, at 0700 hours, the defendant took the child from the offense location and refused to bring her back.**

**Investigation:** Your affiant interviewed the complainant and learned the following information. The complainant ( ) and the defendant (Richard Pulley) were involved in a romantic relationship and have a 13-year old child in common. The complainant said she and the defendant have been in a custody dispute in the District of Columbia Family Division for custody of the child.

The complainant said on August 10, 2020, the defendant picked up the child during a scheduled visit. Their court order agreement was that the child is returned on August 17, 2020. The complainant said the defendant did not return. The complainant contacted her daughter and learned that the two traveled out of the D.C. Metropolitan area to Miami Dade Florida. The complainant said her daughter is currently not doing all of her school work and not turning in all assignments, so she has a failing grade.

On August 17, 2020, the defendant was ordered to return the child to the complainant. The defendant refused, at which time, on September 11, 2020, a D.C. Superior Court Judge issued an order holding him in contempt and granting sole custody to the complainant.

On September 22, 2020, at 18:01 hours, Detective Rogers sent a message to the defendant advising him that he must return the child to the complainant. The defendant sent a text message to Detective Rogers on September 24, 2020, at 13:48 hours, that stated he was not returning the child at her own request because of alleged abuse by the complainant. The defendant did not say the type of allegations, but he has notified Child Protective Services. The defendant also claims that his car was damaged in an accident. He said they will return as soon as it is repaired. He said he plans on returning to attend court and get custody of his daughter.

PLEASE ISSUE A WARRANT FOR:

RICHARD PULLEY

CHARGED WITH: PARENTAL KIDNAPPING (DV) (F)

10/18/2020

ASSISTANT UNITED STATES ATTORNEY

NCIC OK

AFFIANT'S SIGNATURE:
X

SUBSCRIBED AND SWORN TO BEFORE ME THIS
20 DAY OF October 2020

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

1

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

USW NO.:

| DEFENDANT'S NAME: Pulley, Richard | NICKNAME: | ALIASES: | CCN: 2014156 | PDID: 515002 |
|---|---|---|---|---|

| SEX: M | RACE: B | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|

| DEFENDANT'S BUSINESS ADDRESS: N/A | TELEPHONE NUMBER: |
|---|---|

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|

| LOCATION OF OFFENSE: 101 Franklin Street Northeast, Washington D.C 20019 | DATE OF OFFENSE: August 10, 2020 | TIME OF OFFENSE: 0700 |
|---|---|---|

**CONTINUATION OF BRIEF DESCRIPTION OF WHAT HAPPENED:** (PAGE _____ OF _____)

On September 29, 2020, Detective Rogers called the defendant on his cellular phone. He stated that he has got to request another hearing date for the custody case. He confirmed being in Florida and said he traveled to the area in August to take care of his ill father.

The ordered present to both parties state that No parent, or any person acting under directions from the parent, may intentionally conceal a child from the child's other parent. No relative or any person acting under orders from the relative, who knows that another person is the lawful custodian of a child may: Abduct, take, or carry away a child with the intent to prevent a legal custodian from exercising rights to custody of the child; Abduct, take, or carry away a child from a person with whom the relative has joint custody pursuant to an order, judgment, or decree of any court, with the intent to prevent a lawful custodian from exercising rights to custody to the child; Having obtained actual physical control of a child for a limited period of time in the exercise of the right to visit with or to be visited by the child or the right of limited custody of the child, pursuant to an order, judgment, or decree of any court, which grants custody of the child to another or jointly with the relative, with intent to harbor, secrete, detain, or conceal the child or to deprive a lawful custodian of the physical custody of the child, keep the child for more than 48 hours after a lawful custodian demands that the child be returned or makes all reasonable efforts to communicate a demand for the child's return; Having custody of a child pursuant to an order, judgment, or decree of any court, which grants another person limited rights to custody of the child or the right to visit with or to be visited by the child, conceal, harbor, secrete, or detain the child with intent to deprive the other person of the right of limited custody or visitation; Conceal, harbor, secrete, or detain the child knowing that physical custody of the child was obtained or retained by another in violation of this subsection with the intent to prevent a lawful custodian from exercising rights to custody to the child; Act as an aider and abettor, conspirator, or accessory to any of the actions forbidden by this section; After being served with process in action affecting the family but before the issuance of a temporary or final order determining custody rights to a child, take or entice the child outside of the District to deprive a lawful custodian of physical custody of the child; or After issuance of a temporary or final order specifying joint custody rights, take or entice a child from the other joint custodian in violation of the custody order.

AFFIANT'S SIGNATURE:

X _____

**PLEASE ISSUE A WARRANT FOR:**

RICHARD PULLEY

SUBSCRIBED AND SWORN TO BEFORE ME THIS

20 DAY OF October 2020

CHARGED WITH: PARENTAL KIDNAPPING (DV) (F)

_____  10/18/2020
**ASSISTANT UNITED STATES ATTORNEY**

_____
**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

NCIC OK

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

| | | | | | | USW NO.: | |
|---|---|---|---|---|---|---|---|

| DEFENDANT'S NAME: Pulley, Richard | | NICKNAME: | | ALIASES: | | CCN: 20141156 | PDID: 515002 |
|---|---|---|---|---|---|---|---|

| SEX: M | RACE: B | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|

| DEFENDANT'S BUSINESS ADDRESS: N/A | TELEPHONE NUMBER: N/A |
|---|---|

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|

| LOCATION OF OFFENSE: 101 Franklin Street Northeast, Washington D.C. 20019 | DATE OF OFFENSE: August 10, 2020 | TIME OF OFFENSE: 0700 |
|---|---|---|

**CONTINUANCE OF BRIEF DESCRIPTION OF WHAT HAPPENED:**  (PAGE _____ OF _____)

Your affiant contacted D.C. Prep Academy and learned the child has been logging into the system and attending school regularly. Your affiant sent the cellular phone provider (T-Mobile) a target IP address and discovered as of October 26, 2020, at 0946 hours, the IP address is in Miami County, Florida.

On September 25, 2020, a D.C. Superior Court Judge issued a Civil Bench Warrant (2010DRB1151) for the defendant after failing to return the child to the complainant.

Your affiant queried the TLO database and learned the defendant's most recent address is in Miami.

The complainant identified the defendant as Richard Pulley, black male, DOB:                    in height, brown eyes and black hair.

On September 21, 2020, Detective Haines showed the complainant a single colored photograph of a subject matching the defendant's description. The complainant identified the subject in the photo as the defendant, Richard Pulley.

Based on the above facts and circumstances, your affiant believes that probable cause exists and respectfully request that an arrest warrant be issued for the defendant, Richard Pulley.

**PLEASE ISSUE A WARRANT FOR:**

RICHARD PULLEY

AFFIANT'S SIGNATURE:

**CHARGED WITH:** PARENTAL KIDNAPPING (DV) (F)

10/18/2020
**ASSISTANT UNITED STATES ATTORNEY**
NCIC OK

SUBSCRIBED AND SWORN TO BEFORE ME THIS

20 DAY OF October 2020

**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

3