UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-4040-MJ-REID

UNITED STATES OF AMERICA,

 Plaintiff,

v.

RICHARD PULLEY,

 Defendant.

_____/

### ORDER QUASHING ARREST WARRANT

**THIS CAUSE** is before the Court on Defendant, Richard Pulley's Motion to Quash Warrant [ECF No. 14]. The Court has considered the pertinent portions of the record, and being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The warrant authorizing the arrest of Mr. Pulley issued by this Court on December 3, 2020 is hereby **QUASHED**.

**DONE AND ORDERED** in Miami, Florida, this 19th day of January, 2021.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

1